DAVIS v. CITY OF MEBANE

No. 162PA99

Case below: 133 N.C.App. 500

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 22 July 1999. Chief Justice Mitchell recused.

DAWSON v. WAL-MART STORES, INC.

No. 297P99

Case below: 133 N.C.App. 347

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.

DEESE v. CHAMPION INT'L CORP.

No. 500PA98-2

Case below: 131 N.C.App. 299

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 19 August 1999.

DISHMOND v. INT'L PAPER CO.

No. 180P99

Case below: 132 N.C.App. 576

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.

EDWARDS v. BD. OF GOVERNORS OF UNC

No. 262P99

Case below: 133 N.C.App. 189

Petition by plaintiffs (Edwards; Green, Moss and Ross) for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999. Conditional petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.